1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  LUCIA X. ROIBAL (CA SBN 306721)
   LRoibal@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   UBER TECHNOLOGIES, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  Lucius Manning, individually and on behalf of     Case No. 3:18-cv-02931-JSC
    all others similarly situated
13
                    Plaintiff,                        **DEFENDANT UBER TECHNOLOGIES,
14                                                    INC.'S CORPORATE DISCLOSURE
            v.                                        STATEMENT AND CERTIFICATE OF
15                                                    INTERESTED ENTITIES**
    UBER TECHNOLOGIES, INC., a Delaware               Complaint Filed:  May 18, 2018
16  corporation,

17                  Defendant.

1  Defendant, through its counsel of record, submits the following statement pursuant to
2  Federal Rule of Civil Procedure 7.1:  Defendant Uber Technologies, Inc. has no parent
3  corporation.  SB Cayman 2 Ltd., a private company, owns more than ten percent of Uber
4  Technologies, Inc.'s outstanding stock.  SB Cayman 2 Ltd. is a subsidiary of Softbank Group
5  Corp., a publicly-traded corporation.
6  Pursuant to Civil Local Rule 3-15, the undersigned certifies that, other than the named
7  parties to this action, there are no persons, associations of persons, firms, partnerships,
8  corporations or other entities that (i) have a financial interest in the subject matter of the
9  controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or
10 in a party that could be substantially affected by the outcome of the proceeding.

12 Dated: June 8, 2018

TIFFANY CHEUNG
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
TIFFANY CHEUNG

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES
sf-3906953