1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  LUCIA X. ROIBAL (CA SBN 306721)
   LRoibal@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  ADAM J. HUNT, *pro hac vice*
   AdamHunt@mofo.com
7  Morrison & Foerster LLP
   250 West 55th Street
8  New York, New York 10019-9601
   (212) 336-4341
9  (212) 468-7900 (fax)

10 Attorneys for Defendants
   UBER TECHNOLOGIES, INC. and RASIER,
11 LLC

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  MICHAEL FRIDMAN, et al. | Case No. 4:18-cv-02815-HSG |
| 17              Plaintiffs, | |
| 18       v. | **STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| 19  UBER TECHNOLOGIES, INC. and RASIER, LLC, | |
| 20              Defendants. | Judge:   Hon. Haywood S. Gilliam, Jr. |
| 21 | Complaint Filed:   May 13, 2018 |
| 22 | |
| 23  LUCIUS MANNING, | Case No. 4:18-cv-02931-HSG |
| 24              Plaintiff, | **STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| 25       v. | |
| 26  UBER TECHNOLOGIES, INC., | Judge:   Hon. Haywood S. Gilliam, Jr. |
| 27              Defendant. | Complaint Filed:   May 18, 2018 |
| 28 | |

WHEREAS, Plaintiffs in *Fridman, et al. v. Uber Technologies, Inc. and Rasier, LLC*, No. 4:18-cv-02815-HSG (N.D. Cal. filed May 13, 2018) ("*Fridman*") filed a Complaint on May 13, 2013, and served it on Defendants on May 18, 2018;

WHEREAS, Plaintiff in *Manning v. Uber Technologies, Inc.*, No. 4:18-cv-02931-HSG (N.D. Cal., filed May 18, 2018) ("*Manning*") filed a Complaint on May 18, 2018, and served it on Defendant on May 24, 2018;

WHEREAS, on July 6, 2018, the Court entered an Order relating the *Manning* action to the *Fridman* action;

WHEREAS, the current deadline for Defendants' response to the Complaint in *Fridman* is July 13, 2018;

WHEREAS, the current deadline for Defendant's response to the Complaint in *Manning* is July 20, 2018;

WHEREAS, pursuant to L.R. 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, extending the time Defendants have to answer or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, the parties hereby stipulate and agree that Defendants shall have until July 27, 2018 to answer or otherwise respond to the Complaints in *Fridman* and *Manning*.

Respectfully submitted,

Dated: July 13, 2018

TIFFANY CHEUNG
ADAM J. HUNT, *pro hac vice*
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
    TIFFANY CHEUNG

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER, LLC

1

STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
CASE NOS. 4:18-CV-02815-HSG, 4:18-CV-02931-HSG

ny-1334339

Dated: July 13, 2018

DAVID S. RATNER
DAVID RATNER LAW FIRM, LLP

AVI R. KAUFMAN
KAUFMAN P.A.

By:   */s/ Avi R. Kaufman*
     AVI R. KAUFMAN

Attorneys for Plaintiffs MICHAEL FRIDMAN, DANNY REZNICK FRIDMAN, JAKE LECHNER, AND LUCIUS MANNING

2

STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
CASE NOS. 4:18-CV-02815-HSG, 4:18-CV-02931-HSG

ny-1334339

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Avi Kaufman, counsel for Plaintiff, has concurred in this filing.


Dated: July 13, 2018                                     */s/ Tiffany Cheung*
                                                                              TIFFANY CHEUNG

3

STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
CASE NOS. 4:18-CV-02815-HSG, 4:18-CV-02931-HSG

ny-1334339