1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  LUCIA X. ROIBAL (CA SBN 306721)
   LRoibal@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  ADAM J. HUNT, *pro hac vice*
   AdamHunt@mofo.com
7  Morrison & Foerster LLP
   250 West 55th Street
8  New York, New York 10019-9601
   (212) 336-4341
9  (212) 468-7900 (fax)

10 Attorneys for Defendant
   UBER TECHNOLOGIES, INC.
11

12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14

15

16 | LUCIUS MANNING,                    | Case No. 4:18-cv-02931-HSG

17 |         Plaintiff,

18 |    v.                              | **DECLARATION OF NAVEEN NARAYANAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION AND FOR STAY**
19 | UBER TECHNOLOGIES, INC.,
   |         Defendant.
20 |                                     | Date:  September 27, 2018
                                         | Time:  2:00 p.m.
21
                                         | Judge: Hon. Haywood S. Gilliam, Jr.
22                                       | Complaint Filed: May 18, 2018

23

24

25

26

27

28

---

NARAYANAN DECL. ISO DEFENDANT'S MOT. TO COMPEL ARBITRATION AND STAY LITIGATION
CASE NO. 4:18-CV-02931-HSG

sf-3920290

I, Naveen Narayanan, hereby declare as follows:

1. I am over the age of 18 and I submit this declaration in support of Defendant Uber Technologies, Inc.'s ("Uber") Motion to Compel Arbitration and Stay Litigation. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently testify thereto.

2. I am a Software Engineer II at Uber. I am one of the developers on Uber's Android team that designs and implements changes to the Android Uber App. My responsibilities include providing insight with the development and maintenance of the Uber App for Android users.

3. Uber was founded in 2009 in San Francisco, California. Uber offers a software application (the "Uber App") that allows the public to request transportation services from independent, third-party transportation providers in their local area.

4. In order to request and pay for third-party transportation services via the Uber App, riders must first register with Uber by creating an account. An account can be created from within the Uber App itself.

5. In the normal course of its business, Uber maintains records regarding when and how its riders register. As a Software Engineer II, I have access to these registration records and I am familiar with the records, which are maintained in the ordinary course of business. I was able to identify the account associated with Plaintiff Lucius Manning using the telephone number that Plaintiff's counsel provided to counsel for Uber. At counsel's request, I reviewed the registration records for Mr. Manning and was able to identify the date and method by which he registered for Uber: Mr. Manning registered on August 2, 2015 via the Android version of the Uber App using a smartphone with an Android operating system.

6. Based on my review of records, I identified the version of the Android Uber App that Mr. Manning used on August 2, 2015. As a Software Engineer II, I am familiar with this version of the Uber App. True and correct screenshots of the registration sign-up process for this version of the Android-based Uber App are attached as Exhibits A through F.

7. The registration sign-up process for this version of the Uber App involved the

following steps.  Each step is contained in a single screen on the user's smartphone.

    a.   After downloading the Uber App, the user clicks the "REGISTER" button, then arrives at a screen titled "Register," where the user can register by either clicking the Google+ or Facebook button, or entering his name, email address, mobile phone number, and a password.  A screenshot of this screen as first presented to the user is attached hereto as **Exhibit A**.

    b.   Uber's records indicate that Mr. Manning did not sign up using Google+ or Facebook.  For users who do not sign up using Google+ or Facebook, after completing the name, email address, mobile phone number, and password fields, the user can then advance to the next screen by clicking "NEXT."  A screenshot of the screen after a user has entered his information in all of these fields is attached hereto as **Exhibit B.**

    c.   On the next screen, the user is prompted to enter his payment information by either entering credit card information or using PayPal or Google Wallet.  A screenshot of this screen as first presented to the user is attached hereto as **Exhibit C.**  The following notice is visibly displayed on this screen directly below the "REGISTER" and PayPal and Google Wallet buttons with no need to scroll down to it:  "BY CONTINUING, YOU AGREE TO OUR <u>TERMS OF SERVICE & PRIVACY POLICY</u>."  The phrase "<u>TERMS OF SERVICE & PRIVACY POLICY</u>" is displayed in all-caps, underlined, and in bright blue text, all of which sets the text apart from other text on the screen and indicates a hyperlink.  The link is immediately visible when the user arrives on this screen.  When a user clicks the link, he is taken to a screen that contains clickable buttons titled "Terms & Conditions" and "Privacy Policy," which when clicked display the Terms & Conditions and Privacy Policy then in effect.  A screenshot of this screen after the user selects the text box for entering credit card information is attached hereto as **Exhibit D.**  A screenshot of this screen

2

          after a user selects the text for entering credit card information, and then scrolls down, is attached hereto as **Exhibit E**.

    d. Uber's records indicate that Mr. Manning created his account by entering credit card information. A screenshot of this screen after the user has completed entering his credit card information and has disengaged the numbered keypad is attached as **Exhibit F.**

    e. After entering his payment information, the user would then have the option to click the "REGISTER" button to create an account.

    f. Mr. Manning could not have completed the registration process via the Uber App without completing all of the aforementioned steps.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 26th day of July, 2018 in San Francisco, California.

By: _____
     Naveen Narayanan

# Exhibit A



# Exhibit B



# Exhibit C



# Exhibit D



# Exhibit E



# Exhibit F

