David S. Ratner, Esq. (SBN 316267)
David Ratner Law Firm, LLP
david@davidratnerlawfirm.com
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (917) 900-2868
Facsimile: (925) 891-3818
*Attorney for Plaintiffs and the Classes*

[Additional counsel appearing on signature page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUCIUS MANNING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.**, a Delaware limited liability company,<br><br>*Defendant.* | Case No. 4:18-cv-02931-HSG<br><br>**PLAINTIFF'S NOTICE OF INTENT TO AMEND THE COMPLAINT** |

**NOTICE OF INTENT TO AMEND THE COMPLAINT**

Plaintiff Lucius Manning hereby gives notice of his intent to amend the complaint within the time period provided by Federal Rule of Civil Procedure 15(a)(1)(B).

Dated:  August 9, 2018.

                              */s/ David S. Ratner*

                              David S. Ratner, Esq. (SBN 316267)
                              David Ratner Law Firm, LLP
                              33 Julianne Court
                              Walnut Creek, CA 94595

Telephone: (917) 900-2868
Facsimile: (925) 891-3818
Email: david@davidratnerlawfirm.com

Avi R. Kaufman*
Kaufman P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Counsel for Plaintiff Manning, and all others similarly situated*

*Admitted *pro hac vice*

NOTICE OF INTENT TO AMEND THE COMPLAINT
-2-