# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUCIUS MANNING, , <br> Plaintiff(s) <br> v. <br> UBER TECHNOLOGIES, INC., , <br> Defendant(s) | | Case No. C 4:18-cv-02931-HSG <br><br> REQUEST FOR ADR PHONE CONFERENCE |

Counsel hereby request an ADR Phone Conference with a member of the legal staff of the ADR Program.

Date of Case Management Conference: September 4, 2018 .

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Tiffany Cheung, Counsel for Defendant Uber Technologies, Inc. | 415-268-7000 <br> TCheung@mofo.com |
| Avi R. Kaufman, Counsel for Plaintiff | 305-469-5881 <br> kaufman@kaufmanpa.com |
| | |
| | |

*ADR Local Rule 3-5 requires that lead trial counsel participate in the ADR Phone Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: 8/14/2018     Signed: Avi R. Kaufman
                                     Attorney for Plaintiff

Date: 8/14/2018     Signed: s/ Tiffany Cheung
                                     Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 5-1-2018*