| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com |
| 2 | LUCIA X. ROIBAL (CA SBN 306721)<br>LRoibal@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 4 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC., RASIER, |
| 7 | LLC, AND PORTIER, LLC |
| 8 | *Additional counsel on next page.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIDMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 4:18-cv-02815-HSG<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br>Action Filed: May 13, 2018 |
| LUCIUS MANNING and WANDA ROGERS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 4:18-cv-02931-HSG<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br>Action Filed: May 18, 2018 |
| CARLA VARIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 4:18-cv-03829-HSG<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br>Action Filed: June 27, 2018 |

ADAM J. HUNT, *pro hac vice*
AdamHunt@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.336.4341
Facsimile: 212.468.7900

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER,
LLC, AND PORTIER, LLC

Pursuant to Civil Local Rules 3-12, 7-11, and 7-12, Defendant Uber Technologies, Inc. ("Uber") and Plaintiff Shelton Bollinger in the case captioned *Bollinger v. Uber Technologies, Inc.*, Case No. 3:18-cv-04538-MEJ (N.D. Cal. Filed July 26, 2018) ("*Bollinger*"), file this stipulation in conjunction with Defendants' Administrative Motion to Consider Whether Cases Should Be Related. In that motion, Uber requests that the Court relate *Bollinger* to the previously-filed cases, *Fridman, et al. v. Uber Technologies, Inc., et al*, Case No. 4:18-cv-02815-HSG (N.D. Cal., filed May 13, 2018) ("*Fridman*"); *Manning, et al. v. Uber Technologies, Inc.*, Case No. 4:18-cv-02931-HSG ("*Manning*"); and *Vario v. Uber Technologies, Inc.*, Case No. 4:18-cv-03829-HSG (N.D. Cal., filed June 27, 2018) ("*Vario*"). Plaintiff Bollinger stipulates to this requested relief.

Dated: August 20, 2018

TIFFANY CHEUNG
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
    TIFFANY CHEUNG

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER, LLC

Dated: August 20, 2018

DANIEL C. GIRARD
ANGELICA M. ORNELAS
SIMON S. GRILLE
GIRARD GIBBS LLP

By: */s/ Simon S. Grille*

Attorneys for Plaintiff
SHELTON BOLLINGER

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this |
| 3 | STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER |
| 4 | CASES SHOULD BE RELATED. In compliance with Civil Local Rule 5-1(i), I hereby attest |
| 5 | that Simon S. Grille, counsel for Plaintiff, has concurred in this filing. |

Dated: August 20, 2018

*/s/ Tiffany Cheung*
TIFFANY CHEUNG