David S. Ratner, Esq.
David Ratner Law Firm, LLP
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (917) 900-2868
Facsimile: (925) 891-3818
david@davidratnerlawfirm.com

*Counsel for Plaintiffs Fridman, Reznick, Lechner, and Manning*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL FRIDMAN, DANNY GESEL REZNIK FRIDMAN, and JAKE LECHNER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, and RASIER, LLC, a Delaware limited liability company, and PORTIER LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | **Case No.: 4:18-cv-02815-HSG**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS**<br><br>Judge:　Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: May 13, 2018 |
| LUCIUS MANNING and WANDA ROGERS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>UBER TECHNOLOGIES INC.,<br><br>　　　　Defendant. | **Case No.: 4:18-cv-02931-HSG**<br><br>Judge:　Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: May 18, 2018<br><br>[Additional Captions on Following Page] |

| | |
|---|---|
| CARLA VARIO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>            Defendant. | **Case No. 4:18-cv-03829-HSG**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: June 27, 2018 |
| SHELTON BOLLINGER, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>            Defendant. | **Case No. 4:18-cv-04538-TSH**<br><br>Judge:   Hon. Thomas S. Hixson<br>Complaint Filed: July 26, 2018 |

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs Michael Fridman, Danny Gesel, Reznik Fridman, Jake Lechner, Lucius Manning, Wanda Rogers, Carla Vario, and Shelton Bollinger, and Defendants Uber Technologies, Inc. and Rasier, LLC ("Defendants" or "Uber") jointly request that the *Manning*, *Vario*, and *Bollinger* actions be consolidated for all pretrial and trial proceedings.  The parties further request that the *Fridman* action will be coordinated with the *Manning*, *Vario*, and *Bollinger*  actions (collectively, the four "Related Actions") for discovery purposes to maximize efficiency.  The parties, by and through their undersigned counsel, stipulate as follows:

WHEREAS, on May 13, 2018, David Ratner Law Firm and the Law Offices of Stefan Coleman, LLC filed *Manning, et al. v. Uber Technologies, Inc.*, No. 4:18-cv-02931 (N.D. Cal.) ("*Manning*").  On June 27, 2018, Woodrow & Peluso, LLC and Lozeau Drury LLP filed *Vario v. Uber Technologies, Inc.*, No. 4:18-cv-03829 (N.D. Cal.) ("*Vario*").  On July 26, 2018, Girard Gibbs LLP filed *Bollinger v. Uber Technologies, Inc.*, No. 3:18-cv-04538 (N.D. Cal.) ("*Bollinger*");

WHEREAS *Manning*, *Vario*, and *Bollinger* arise out of substantially similar allegations. All are proposed class actions alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, and all of the complaints allege that Uber used an automatic telephone dialing system to send "Uber code" text messages to persons who did not consent to receive such text messages;

WHEREAS, the *Fridman* complaint is distinguishable from *Manning, Vario, and Bollinger* because it pertains to alleged text messages of a different subject matter related to driving with Uber;

WHEREAS, Uber denies the claims asserted by Plaintiffs in the Related Actions;

WHEREAS, on June 29, 2018, Defendants filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 (*Fridman*, ECF No. 27);

WHEREAS, on July 6, 2018, the Court granted the Administrative Motion, ordered *Fridman* and *Manning* related, and reassigned *Manning* to the Honorable Haywood S. Gilliam, Jr. (*Fridman*, ECF No. 28; *Manning*, ECF No. 21);

WHEREAS, on August 3, 2018, Defendants filed an Administrative Motion to Consider Whether *Vario* Should Be Related to *Fridman* and *Manning* pursuant to Civil Local Rules 3-12 and 7-11 (*Manning*, ECF No. 27);

WHEREAS, on August 8, 2018, the Court granted Defendants' August 3, 2018 Administrative Motion to Relate, ordered *Manning* and *Vario* related, and reassigned *Vario* to the Honorable Haywood S. Gilliam, Jr. (*Fridman*, ECF No. 34; *Vario*, ECF Nos. 25, 26);

WHEREAS, on August 20, 2018, Defendants filed an Administrative Motion to Consider Whether *Bollinger* Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 (*Manning*, ECF No. 33; *Vario* ECF No. 30);

WHEREAS, as of the date of filing this stipulation, the Court has not yet ruled on the August 20, 2018 Administrative Motion;

WHEREAS, the parties agree that consolidation of the *Manning*, *Vario,* and *Bollinger* actions will advance the just and efficient progress of this litigation, reduce case duplication, conserve Court time and resources, avoid the need to contact parties and witnesses for multiple proceedings, and minimize the expenditure of time and money for all parties involved. *See* Fed. R. Civ. P. 42(a);

1  WHEREAS, by stipulating to consolidation of the *Manning*, *Bollinger*, and *Vario* actions, Uber
2  does not concede the truth of any of Plaintiffs' allegations or that certification of the putative classes is
3  proper under Federal Rule of Civil Procedure 23 and specifically reserves its right to oppose class
4  certification and assert defenses on all available grounds;

5  WHEREAS, an Initial Case Management Conference is scheduled for October 23, 2018 at 2:00
6  p.m. in *Fridman* and *Manning* (*Fridman*, ECF No. 45; *Manning*, ECF No. 36);

7  WHEREAS, an Initial Case Management Conference is scheduled for October 2, 2018 at 2:00
8  p.m. in *Vario* (*Vario*, ECF No. 27);

9  WHEREAS, an Initial Case Management Conference is scheduled for October 25, 2018 at
10 10:00 a.m. in *Bollinger* (*Bollinger*, ECF No. 4);

11 WHEREAS, the parties in *Vario* have stipulated to extend the deadline to respond to the *Vario*
12 Complaint to September 5, 2018 (*Vario*, ECF No. 23); Uber's deadline to respond to the Complaint in
13 *Bollinger* is September 21, 2018 (*Bollinger*, ECF No. 11); and the current deadline for Defendants to
14 respond to the Amended Complaints in *Fridman* and *Manning* is September 14, 2018;

15 WHEREAS, Plaintiffs intend to file a Consolidated Complaint to serve as the operative
16 pleading in *Manning*, *Vario*, and *Bollinger*;

17 WHEREAS, the parties agree that Uber's deadline to respond to the *Manning*, *Vario*, and
18 *Bollinger* complaints should be deferred until after the Consolidated Complaint is filed;

19 WHEREAS, in the event the Court has not reviewed and ruled on this stipulation on or before
20 Uber's current deadlines to respond to the *Manning*, *Bollinger*, and *Vario* Complaints, Plaintiffs agree
21 not to seek entry of default or move for a default judgment;

22 WHEREAS, the parties agree that the Initial Case Management currently set in the *Manning*,
23 *Vario*, and *Bollinger* actions should be continued to fourteen (14) days after the briefing is complete on
24 Defendants' anticipated motion in response to the Consolidated Complaint;

25 IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel
26 of record, subject to the Court's approval, that:

27 1.  Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the *Manning*, *Vario*, and
28 *Bollinger* actions are consolidated for all pretrial and trial proceedings.

2. Each document filed by a party in this consolidated action shall be filed in the action with the lowest case number (No. 4:18-cv-02931-HSG).

3. This order of consolidation also applies to any other cases that are subsequently filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact as *Manning*, *Vario*, or *Bollinger* and consolidated with such cases.

4. A Consolidated Complaint shall be filed seven (7) days after the Court issues its consolidation order.

5. The current deadlines for Uber to respond to the *Manning*, *Vario*, and *Bollinger* Complaints are vacated.

6. Uber shall have twenty-eight (28) days to respond to the Consolidated Complaint after it is filed, Plaintiffs shall have twenty-one (21) days to file an opposition to Uber's responsive motion, and Uber shall have fourteen (14) days to file its reply in support of its responsive motion.

7. The Initial Case Management currently set in the *Manning*, *Vario*, and *Bollinger* actions should be continued to fourteen (14) days after Uber's deadline to file a reply in support of its responsive motion.

8. Kaufman PA, Woodrow & Peluso LLC, and Girard Gibbs LLP shall serve as interim lead Plaintiffs' counsel in the Consolidated Actions. Counsel of record from any of these three firms will have authority to represent the Plaintiffs in the Consolidated Actions.

9. The parties shall coordinate on any discovery that overlaps between the Consolidated Actions and the *Fridman* action to avoid duplicative discovery and to maximize efficiency.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 13, 2018          By:   */s/ David S. Ratner*
                                         David S. Ratner, Esq.
                                         David Ratner Law Firm, LLP
                                         33 Julianne Court
                                         Walnut Creek, CA 94595
                                         Telephone: (917) 900-2868
                                         Facsimile: (925) 891-3818
                                         Email: david@davidratnerlawfirm.com

                                         Avi R. Kaufman (*pro hac vice*)
                                         Kaufman P.A.

|   |   |   |
|---|---|---|
| 1 |   | 400 NW 26th Street |
| 2 |   | Miami, Florida 33127 |
|   |   | Telephone: (305) 469-5881 |
| 3 |   | Email: kaufman@kaufmanpa.com |
|   |   |   |
| 4 |   | Stefan Coleman (*pro hac vice*) |
|   |   | Law Offices of Stefan Coleman, P.A. |
| 5 |   | 201 S. Biscayne Blvd, 28th Floor |
|   |   | Miami, Fl 33131 |
| 6 |   | Telephone: (877) 333-9427 |
|   |   | Fax: (888) 498-8946 |
| 7 |   | Email: law@stefancoleman.com |
|   |   |   |
| 8 |   | *Counsel for Plaintiffs Fridman, Reznick, Lechner, and Manning* |

| # | | |
|---|---|---|
| 10 | Dated: September 13, 2018 | By:   /s/ *Simon S. Grille* |
| 11 | | Daniel C. Girard (State Bar No. 114826) |
| | | Angelica M. Ornelas (State Bar No. 285929) |
| 12 | | Simon S. Grille (State Bar No. 294914) |
| | | GIRARD GIBBS LLP |
| 13 | | 601 California Street, Suite 1400 |
| 14 | | San Francisco, California 94108 |
| | | Telephone:  (415) 981-4800 |
| 15 | | Facsimile:  (415) 981-4800 |
| | | dcg@girardgibbs.com |
| 16 | | amo@girardgibbs.com |
| | | sg@girardgibbs.com |
| 17 | | *Attorneys for Plaintiff Shelton Bollinger* |
| 18 | Dated: September 13, 2018 | By:   /s/ *Steven L. Woodrow* |
| 19 | | Richard T. Drury (SBN 163559) |
| | | richard@lozeaudrury.com |
| 20 | | Rebecca Davis (SBN 271662) |
| | | rebecca@lozeaudrury.com |
| 21 | | Lozeau Drury LP |
| 22 | | 410 12th Street, Suite 250 |
| | | Oakland, California 94607 |
| 23 | | Tel: 510-836-4200 |
| | | Fax: 510-836-4205 |
| 24 | | |
| 25 | | Steven L. Woodrow (*pro hac vice*) |
| | | swoodrow@woodrowpeluso.com |
| 26 | | Patrick H. Peluso (*pro hac vice*) |
| | | ppeluso@woodrowpeluso.com |
| 27 | | Woodrow & Peluso, LLC |
| | | 3900 East Mexico Ave., Suite 300 |
| 28 | | Denver, Colorado 80210 |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS
CASE NO. 4:18-CV-02931-HSG

5

|   |   |   |
|---|---|---|
|   | Telephone: (720) 213-0675 |   |
|   | Facsimile: (303) 927-0809 |   |
|   |   |   |
|   | *Attorneys for Plaintiff Vario* |   |
| Dated: September 13, 2018 | By: | */s/ Tiffany Cheung* |
|   | Tiffany Cheung |   |
|   | Lucia Xochiquetzal Roibal |   |
|   | Morrison & Foerster LLP |   |
|   | 425 Market Street |   |
|   | San Francisco, California 94105 |   |
|   | Telephone:  (415) 268-7315 |   |
|   | Facsimile:  (415) 268-7522 |   |
|   | tcheung@mofo.com |   |
|   | lroibal@mofo.com |   |
|   |   |   |
|   | Adam J. Hunt |   |
|   | Morrison & Foerster LLP |   |
|   | 250 West 55th Street |   |
|   | New York, New York 10019-9601 |   |
|   | Telephone: (212) 336-4341 |   |
|   | Facsimile: (212) 468-7900 |   |
|   | AdamHunt@mofo.com |   |
|   |   |   |
|   | *Attorneys for Defendant Uber Technologies, Inc., Rasier, LLC, and Portier, LLC* |   |

### ECF ATTESTATION

I, David Ratner, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Consolidate Related Actions.  I attest under penalty of perjury that concurrence in this filing has been obtained from all signatories above.

DATED: September 13, 2018                                          */s/ David Ratner*

---

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS
CASE NO. 4:18-CV-02931-HSG

6

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:**

1. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the *Manning*, *Vario*, and *Bollinger* cases are consolidated for all pretrial and trial proceedings.

2. Each document filed by a party in this consolidated action shall be filed in the action with the lowest case number (No. 4:18-cv-02931-HSG).

3. This order of consolidation also applies to any other cases that are subsequently filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact as *Manning*, *Vario*, or *Bollinger* and consolidated with such cases.

4. A Consolidated Complaint shall be filed seven (7) days after the Court issues its consolidation order.

5. The current deadlines for Uber to respond to the *Manning*, *Vario*, and *Bollinger* complaints are vacated.

6. Uber shall have twenty-eight (28) days to respond to the Consolidated Complaint after it is filed, Plaintiffs shall have twenty-one (21) days to file an opposition to Uber's responsive motion, and Uber shall have fourteen (14) days to file its reply in support of its responsive motion.

7. The Initial Case Management currently set in the *Manning*, *Vario*, and *Bollinger* actions should be continued to fourteen (14) days after Uber's deadline to file a reply in support of its responsive motion.

10. Kaufman PA, Woodrow & Peluso LLC, and Girard Gibbs LLP shall serve as interim lead Plaintiffs' counsel in the Consolidated Actions.  Counsel of record from any of these three firms will have authority to represent the Plaintiffs in the Consolidated Actions..

11. The parties shall coordinate on any discovery that overlaps between the Consolidated Actions and the *Fridman* action to avoid duplicative discovery and to maximize efficiency.

Dated:

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE