1    TIFFANY CHEUNG (CA SBN 211497)
     TCheung@mofo.com
2    LUCIA X. ROIBAL (CA SBN 306721)
     LRoibal@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4
     San Francisco, California  94105-2482
5    Telephone: 415.268.7000
     Facsimile: 415.268.7522
6
     ADAM J. HUNT, *pro hac vice*
7    AdamHunt@mofo.com
     Morrison & Foerster LLP
8    250 West 55th Street
     New York, New York 10019-9601
9    (212) 336-4341
     (212) 468-7900 (fax)
10
     Attorneys for Defendant
11   UBER TECHNOLOGIES, INC.

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15

16   LUCIUS MANNING and WANDA ROGERS,          Case No. 4:18-cv-02931-HSG
     individually and on behalf of all others similarly
17   situated,                                 **DEFENDANT'S RESPONSE TO THE**
                                                **COURT'S ORDER TO SHOW CAUSE**
18                     Plaintiffs,
                                                Judge:        Hon. Haywood S. Gilliam, Jr.
19        v.                                    Action Filed:  May 18, 2018

20   UBER TECHNOLOGIES, INC., a Delaware
     corporation,
21
                       Defendant.
22

23

24

25

26

27

28

                                        1

Defendant Uber Technologies, Inc. ("Uber") respectfully responds to the Court's September 26, 2018 Order to Show Cause (the "Order") as follows:

Uber agrees that the motion to compel arbitration that Uber filed on July 27, 2018 (ECF No. 26) (the "Motion to Compel") may be terminated as moot and the September 27, 2018 hearing on the Motion to Compel can be removed from the Court's calendar.

After Uber filed the Motion to Compel, on August 9, 2018, Plaintiff Lucius Manning filed a notice of intent to amend his Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  (*See* ECF No. 28.)  Mr. Manning did not file an opposition to the July 27 Motion to Compel.  On August 17, 2018, Mr. Manning filed an Amended Complaint that, among other things, added Plaintiff Wanda Rogers, and the parties stipulated that Uber's response to the Amended Complaint would be due on September 14, 2018.  (ECF Nos. 32, 38.)

On September 14, 2018, Plaintiffs filed a joint stipulation to consolidate this action with two related cases, *Vario v. Technologies, Inc.*, No. 4:18-cv-03829 (N.D. Cal.) ("*Vario*") and *Bollinger v. Uber Technologies, Inc.*, No. 4:18-cv-04538 (N.D. Cal.) ("*Bollinger*").  (ECF No. 39.)  Pursuant to this stipulation, Plaintiffs agreed to vacate the current deadlines in this case, including Uber's deadline to respond to the Amended Complaint.  (*See id.*)  Further, Plaintiffs agreed that Uber would have twenty-eight (28) days to respond to any consolidated amended complaint that may be filed if the Court approves the parties' stipulation.

In light of the Amended Complaint, the July 27 Motion to Compel is moot, without prejudice to Uber filing a renewed motion to compel or other motion in response to any subsequent amended pleading.  *See, e.g.*, *Canatella v. Reverse Mortg. Sols., Inc.*, No. 13-cv-05937-HSG, 2016 WL 6070508, at *1 (N.D. Cal. Oct. 17, 2016) (describing how "Defendants filed motions to dismiss the Complaint . . . which [plaintiff] mooted by filing the First Amended Complaint" and noting that defendants filed a renewed motion to dismiss the amended pleading); *see also* Fed. R. Civ. P. 15(a)(3) (permitting responses to amended pleadings).  Accordingly, the hearing on the Motion to Compel currently scheduled for September 27, 2018 can be removed from the Court's calendar.

ny-1346019

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: September 26, 2018

TIFFANY CHEUNG
ADAM J. HUNT
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP


By:  */s/ Tiffany Cheung*
_____
     TIFFANY CHEUNG

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

3

ny-1346019