# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE UBER TEXT MESSAGING

CASE NO.: 4:18-cv-02931-HSG

**ORDER GRANTING MOTION TO**
**APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

The Court, having considered Plaintiff Vario's Motion seeking permission for her counsel, Steven Woodrow, to appear telephonically at the October 23, 2018 Case Management Conference, and being duly advised in the premises, it is hereby ORDERED as follows:

1. The Motion is GRANTED;
2. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED

October 11, 2018

By: _____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE