| | |
|---|---|
| Daniel C. Girard (State Bar No. 114826) | Tiffany Cheung |
| Angelica M. Ornelas (State Bar No. 285929) | Lucia Xochiquetzal Roibal |
| Simon S. Grille (State Bar No. 294914) | Morrison & Foerster LLP |
| GIRARD SHARP LLP | 425 Market Street |
| 601 California Street, Suite 1400 | San Francisco, California 94105 |
| San Francisco, California 94108 | Telephone: (415) 268-7315 |
| Telephone: (415) 981-4800 | Facsimile: (415) 268-7522 |
| Facsimile: (415) 981-4800 | tcheung@mofo.com |
| dgirard@girardsharp.com | lroibal@mofo.com |
| aornelas@girardsharp.com | |
| sgrille@girardsharp.com | Adam J. Hunt (*pro hac vice*) |
| | Morrison & Foerster LLP |
| Avi R. Kaufman (*pro hac vice*) | 250 West 55th Street |
| KAUFMAN P.A. | New York, New York 10019-9601 |
| 400 NW 26th Street | Telephone: (212) 336-4341 |
| Miami, Florida 33127 | Facsimile: (212) 468-7900 |
| Telephone: (305) 469-5881 | AdamHunt@mofo.com |
| kaufman@kaufmanpa.com | |

Steven L. Woodrow (*pro hac vice*)
Patrick H. Peluso (*pro hac vice*)
Taylor Smith (*pro hac vice*)
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
*swoodrow@woodrowpeluso.com*
*ppeluso@woodrowpeluso.com*
*tsmith@woodrowpeluso.com*

*Interim Lead Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER TEXT MESSAGING | Case No. 4:18-cv-02931-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Wanda Rogers, Lucius Manning, Andrew Katzman, Christopher Ziers, and Carla Vario ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") hereby stipulate and agree as follows, and request entry of the below proposed order approving their stipulation.

WHEREAS, the parties appeared for a Case Management Conference in this case on October 23, 2018;

WHEREAS, on October 23, 2018, the Court issued a minute entry stating that "no case schedule will be set until a motion to stay has been e-filed with the Court," and that "the parties are encouraged to meet and confer to discuss stipulating to an expedited briefing schedule" on Defendant's anticipated Motion to Stay the Proceedings pending a decision on Defendant's forthcoming Motion to Compel Arbitration and Stay the Action (Dkt. No. 53);

WHEREAS, pursuant to the Court's direction, the parties have met and conferred regarding an expedited briefing schedule on Defendant's Motion to Stay the Proceedings pending resolution of Defendant's forthcoming Motion to Compel Arbitration and Stay the Action, which is due to be filed by November 1, 2018.

**STIPULATION**

THEREFORE, the parties hereby stipulate to and request entry of the following briefing schedule on Defendant's motion to stay:

| Filing/Event | Deadline |
|---|---|
| Defendant's Motion to Stay the Proceedings | October 31, 2018 |
| Plaintiffs' Opposition to Defendant's Motion to Stay the Proceedings | November 9, 2018 |
| Defendant's Reply in Support of Their Motion to Stay the Proceedings | November 16, 2018 |
| Hearing on Defendant's Motion to Stay the Proceedings | If the Court believes it would be helpful to set a hearing on this motion, the parties request that the Court set a hearing date at the Court's earliest convenience. |

| | | |
|---|---|---|
| 1 | Dated: October 29, 2018 | Respectfully submitted, |
| 2 | | By:    /s/ *Simon S. Grille* |
| 3 | | Daniel C. Girard (State Bar No. 114826) |
| | | Angelica M. Ornelas (State Bar No. 285929) |
| 4 | | Simon S. Grille (State Bar No. 294914) |
| | | GIRARD SHARP LLP |
| 5 | | 601 California Street, Suite 1400 |
| | | San Francisco, California 94108 |
| 6 | | Telephone: (415) 981-4800 |
| 7 | | Facsimile: (415) 981-4800 |
| | | Email: dgirard@girardsharp.com |
| 8 | | Email: aornelas@girardsharp.com |
| | | Email: sgrille@girardsharp.com |
| 9 | | |
| 10 | | Avi R. Kaufman (*pro hac vice*) |
| | | KAUFMAN P.A. |
| 11 | | 400 NW 26th Street |
| | | Miami, Florida 33127 |
| 12 | | Telephone: (305) 469-5881 |
| | | Email: kaufman@kaufmanpa.com |
| 13 | | |
| 14 | | Steven L. Woodrow (*pro hac vice*) |
| | | Patrick H. Peluso (*pro hac vice*) |
| 15 | | Taylor Smith (*pro hac vice*) |
| | | WOODROW & PELUSO, LLC |
| 16 | | 3900 East Mexico Ave., Suite 300 |
| | | Denver, Colorado 80210 |
| 17 | | Telephone: (720) 213-0675 |
| | | Facsimile: (303) 927-0809 |
| 18 | | Email: swoodrow@woodrowpeluso.com |
| 19 | | Email: ppeluso@woodrowpeluso.com |
| | | Email: tsmith@woodrowpeluso.com |
| 20 | | |
| | | *Interim Lead Plaintiffs' Counsel* |
| 21 | | |
| 22 | Dated: October 29, 2018 | By:    /s/ *Tiffany Cheung* |
| 23 | | Tiffany Cheung |
| | | Lucia Xochiquetzal Roibal |
| 24 | | Morrison & Foerster LLP |
| | | 425 Market Street |
| 25 | | San Francisco, California 94105 |
| | | Telephone:  (415) 268-7315 |
| 26 | | Facsimile:  (415) 268-7522 |
| 27 | | tcheung@mofo.com |
| | | lroibal@mofo.com |
| 28 | | |

Adam J. Hunt, *pro hac vice*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
AdamHunt@mofo.com

*Attorneys for Defendant Uber Technologies, Inc.*

## **ATTESTATION**

I, Tiffany Cheung, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to Stay. I attest under penalty of perjury that concurrence in this filing has been obtained from all signatories above.

Dated: October 29, 2018 /s/ Tiffany Cheung

# ORDER

This matter is before the Court on the Parties' Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to Stay. The Court, having considered the parties' Stipulation, adopts the following briefing schedule on Defendant's motion to stay:

| Filing/Event | Deadline |
| --- | --- |
| Defendant's Motion to Stay the Proceedings | October 31, 2018 |
| Plaintiffs' Opposition to Defendant's Motion to Stay the Proceedings | November 9, 2018 |
| Defendant's Reply in Support of Their Motion to Stay the Proceedings | November 16, 2018 |
| Hearing on Defendant's Motion to Stay the Proceedings | If the Court believes it would be helpful to set a hearing on this motion, the parties request that the Court set a hearing date at the Court's earliest convenience. |

**IT IS SO ORDERED.**

DATED: October 30, 2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge