Daniel C. Girard (State Bar No. 114826)
Angelica M. Ornelas (State Bar No. 285929)
Simon S. Grille (State Bar No. 294914)
GIRARD SHARP LLLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4800
*dgirard@girardsharp.com*
*aornelas@ girardsharp.com*
*sgrille@girardsharp.com*

Avi R. Kaufman (*pro hac vice*)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
*kaufman@kaufmanpa.com*

Steven L. Woodrow (*pro hac vice*)
Patrick H. Peluso (*pro hac vice*)
Taylor Smith (*pro hac vice*)
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
*swoodrow@woodrowpeluso.com*
*ppeluso@woodrowpeluso.com*
*tsmith@woodrowpeluso.com*

*Interim Lead Plaintiffs' Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER TEXT MESSAGING | Case No. 4:18-cv-02931-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFFS LUCIUS MANNING, ANDREW KATZMAN, AND CARLA VARIO WITHOUT PREJUDICE PURSUANT TO FED R CIV P 41(a)** |

1 **NOTICE OF VOLUNTARY DISMISSAL**

2    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Lucius Manning,

3 Andrew Katzman, and Carla Vario dismiss their claims in this action against Defendant Uber

4 Technologies, Inc. without prejudice.  This voluntary dismissal does not alter or affect the pendency

5 of the claims of any other Plaintiff to this litigation.

6

7 Dated: November 9, 2018                    Respectfully submitted,

8                                  By:  ___/s/ *Simon S. Grille*_____
                                   Daniel C. Girard (State Bar No. 114826)
9                                  Angelica M. Ornelas (State Bar No. 285929)
                                   Simon S. Grille (State Bar No. 294914)
10                                 GIRARD SHARP LLLP
                                   601 California Street, Suite 1400
11                                 San Francisco, California 94108
                                   Telephone: (415) 981-4800
12                                 Facsimile: (415) 981-4800
                                   *dgirard@girardsharp.com*
13                                 *aornelas@ girardsharp.com*
                                   *sgrille@girardsharp.com*
14
15                                 Avi R. Kaufman (*pro hac vice*)
16                                 KAUFMAN P.A.
                                   400 NW 26th Street
17                                 Miami, Florida 33127
                                   Telephone: (305) 469-5881
18                                 *kaufman@kaufmanpa.com*
19                                 Steven L. Woodrow (*pro hac vice*)
                                   Patrick H. Peluso (*pro hac vice*)
20                                 Taylor Smith (*pro hac vice*)
21                                 WOODROW & PELUSO, LLC
                                   3900 East Mexico Ave., Suite 300
22                                 Denver, Colorado 80210
                                   Telephone: (720) 213-0675
23                                 Facsimile: (303) 927-0809
                                   *swoodrow@woodrowpeluso.com*
24                                 *ppeluso@woodrowpeluso.com*
                                   *tsmith@woodrowpeluso.com*
25
26                                 *Interim Lead Plaintiffs' Counsel*
27
-2-
28 NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:18-CV-02931-HSG