Daniel C. Girard (State Bar No. 114826)
Angelica M. Ornelas (State Bar No. 285929)
Simon S. Grille (State Bar No. 294914)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4800
*dgirard@girardsharp.com*
*aornelas@girardsharp.com*
*sgrille@girardsharp.com*

Avi R. Kaufman (*pro hac vice*)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
*kaufman@kaufmanpa.com*

Steven L. Woodrow (*pro hac vice*)
Patrick H. Peluso (*pro hac vice*)
Taylor Smith (*pro hac vice*)
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
*swoodrow@woodrowpeluso.com*
*ppeluso@woodrowpeluso.com*
*tsmith@woodrowpeluso.com*

Tiffany Cheung
Lucia Xochiquetzal Roibal
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7315
Facsimile: (415) 268-7522
tcheung@mofo.com
lroibal@mofo.com

Adam J. Hunt
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
AdamHunt@mofo.com

*Interim Lead Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UBER TEXT MESSAGING | Case No. 4:18-cv-02931-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION AS TO PLAINTIFF CHISTOPHER ZIERS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Wanda Rogers and Christopher Ziers ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") hereby stipulate and agree as follows, and request entry of the below proposed order approving their stipulation.

WHEREAS, on November 1, 2018, Uber filed a Motion to Compel Arbitration as to Plaintiffs Lucius Manning ("Manning"), Andrew Katzman ("Katzman"), and Carla Vario ("Vario"), and to stay the action, including the claims of Plaintiffs Wanda Rogers ("Rogers") and Christopher Ziers ("Ziers"), pending arbitration. Dkt. No. 57. The motion is set for a hearing on February 14, 2019. *Id.*;

WHEREAS, Plaintiffs Manning, Katzman, and Vario voluntarily dismissed their claims in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on November 9. Dkt. No. 58;

WHEREAS, Uber now intends to file a motion to compel Ziers to arbitrate his claims;

WHEREAS, the parties are presently scheduled to appear before this Court on February 14, 2019, for a hearing on Defendant's previously filed Motion to Stay (Dkt. No. 56) and Motion to Compel Arbitration (Dkt. No. 57); and

WHEREAS, the parties have met and conferred and agree that judicial efficiency will be served by agreeing to a briefing schedule for Uber's Motion to Compel Arbitration as to Ziers;

NOW THEREFORE, the parties hereby stipulate to and request entry of an order:
1) withdrawing Uber's Motion to Compel Arbitration as to Plaintiffs Manning, Katzman, and Vario (Dkt. No. 57); and 2) setting the following briefing and hearing schedule for Defendant's Motion to Compel Arbitration as to Ziers:

| Filing/Event | Deadline |
|---|---|
| Defendant's Motion to Compel Arbitration as to Ziers | December 17, 2018 |
| Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration as to Ziers | January 11, 2019 |
| Defendant's Reply in Support of Defendant's Motion to Compel Arbitration as to Ziers | February 4, 2019 |

Subject to the Court's availability and schedule for considering the parties' briefs in advance of a hearing, the Parties further request that the Court hear the forthcoming Motion to Compel as to Plaintiff Ziers on February 14, 2019, the date previously noticed for the hearing on Uber's Motion to Compel as to Plaintiffs Manning, Katzman, and Vario (Dkt. No. 57).

Dated: December 17, 2018

Respectfully submitted,

By:     /s/ *Simon S. Grille*
Daniel C. Girard (State Bar No. 114826)
Angelica M. Ornelas (State Bar No. 285929)
Simon S. Grille (State Bar No. 294914)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4800
Email: dgirard@girardsharp.com
Email: aornelas@girardsharp.com
Email: sgrille@girardsharp.com

Avi R. Kaufman (*pro hac vice*)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

Steven L. Woodrow (*pro hac vice*)
Patrick H. Peluso (*pro hac vice*)
Taylor Smith (*pro hac vice*)
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
Email: swoodrow@woodrowpeluso.com
Email: ppeluso@woodrowpeluso.com
Email: tsmith@woodrowpeluso.com

*Interim Lead Plaintiffs' Counsel*

Dated: December 17, 2018

By:     */s/ Adam J. Hunt*

Tiffany Cheung
Lucia Xochiquetzal Roibal
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7315
Facsimile: (415) 268-7522
tcheung@mofo.com
lroibal@mofo.com

Adam J. Hunt, *pro hac vice*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
AdamHunt@mofo.com

*Attorneys for Defendant Uber Technologies, Inc.*

## **ATTESTATION**

I, Simon S. Grille, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to Compel Arbitration as to Ziers. I attest under penalty of perjury that concurrence in this filing has been obtained from all signatories above.

Dated: December 17, 2018                                    */s/ Simon S. Grille*

**ORDER**

This matter is before the Court on the Parties' Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion To Compel Arbitration as to Ziers. The Court, having considered the parties' Stipulation, adopts the following briefing schedule:

| Filing/Event | Deadline |
|---|---|
| Defendant's Motion to Compel Arbitration As To Ziers | December 17, 2018 |
| Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration As To Ziers | January 11, 2019 |
| Defendant's Reply in Support of Defendant's Motion to Compel Arbitration As To Ziers | February 4, 2019 |
| Hearing on Defendant's Motion to Stay the Proceedings | February 14, 2019 |

**IT IS SO ORDERED.**

DATED: December 18, 2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge