UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE UBER TEXT MESSAGING

Case No. 18-cv-02931-HSG

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Re: Dkt. No. 68

Pursuant to Civil Local Rule 72-1, the pending motion for protective order, *see* Dkt. No. 68, and all future discovery disputes and issues in this case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge. The previously set hearing date of April 11, 2019 is vacated.

**IT IS SO ORDERED.**

Dated: 1/4/2019

Haywood S. Gilliam, Jr.
United States District Judge