Reset Form

1                   UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT OF CALIFORNIA

3  IN RE UBER TEXT MESSAGING            )   Case No: 4:18-cv-02931- HSG
4                                       )
                    Plaintiff(s),       )   APPLICATION FOR
5         v.                            )   ADMISSION OF ATTORNEY
                                        )   PRO HAC VICE
6                                       )   (CIVIL LOCAL RULE 11-3)
                                        )
7                   Defendant(s).       )
8

9   I, James E. Richardson, an active member in good standing of the bar of
    New York, hereby respectfully apply for admission to practice *pro hac vice* in the
10  Northern District of California representing: Plaintiffs Wanda Rogers and Christopher Ziers in the
    above-entitled action. My local co-counsel in this case is Simon Grille, an
11  attorney who is a member of the bar of this Court in good standing and who maintains an office
    within the State of California.
12

    | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
13  | 601 California Street, Suite 1400 | 601 California Street, Suite 1400 |
    | San Francisco, CA 94108 | San Francisco, CA 94108 |
14  | MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
15  | (415) 981-4800 | (415) 981-4800 |
    | MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
16  | jrichardson@girardsharp.com | sgrille@girardsharp.com |

17    I am an active member in good standing of a United States Court or of the highest court of
    another State or the District of Columbia, as indicated above; my bar number is: 4810735.
18    A true and correct copy of a certificate of good standing or equivalent official document from said
    bar is attached to this application.
19
      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21    *I declare under penalty of perjury that the foregoing is true and correct.*
    Dated: 02/15/19
22                                                              APPLICANT

23
                       ORDER GRANTING APPLICATION
24                FOR ADMISSION OF ATTORNEY PRO HAC VICE

25    IT IS HEREBY ORDERED THAT the application of James E. Richardson is granted,
    subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
    designated in the application will constitute notice to the party.
27

28  Dated: 2/22/2019
                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

    PRO HAC VICE APPLICATION & ORDER                                       October 2012

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JAMES EVERETT RICHARDSON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 22, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**December 19, 2018**

744

*Clerk of the Court*