| | |
|---|---|
| Daniel C. Girard (State Bar No. 114826) | Tiffany Cheung |
| Angelica M. Ornelas (State Bar No. 285929) | Morrison & Foerster LLP |
| Simon S. Grille (State Bar No. 294914) | 425 Market Street |
| GIRARD SHARP LLP | San Francisco, California 94105 |
| 601 California Street, Suite 1400 | Telephone:  (415) 268-7315 |
| San Francisco, California 94108 | Facsimile:  (415) 268-7522 |
| Telephone: (415) 981-4800 | tcheung@mofo.com |
| Facsimile: (415) 981-4800 | |
| *dgirard@girardsharp.com* | Adam J. Hunt |
| *aornelas@girardsharp.com* | Morrison & Foerster LLP |
| *sgrille@girardsharp.com* | 250 West 55th Street |
| | New York, New York 10019-9601 |
| Rachel E. Kaufman (SBN 259353) | Telephone: (212) 336-4341 |
| Avi R. Kaufman | Facsimile: (212) 468-7900 |
| Kaufman P.A. | AdamHunt@mofo.com |
| 400 NW 26th Street | |
| Miami, Florida 33127 | *Attorneys for Defendant* |
| Telephone: (305) 469-5881 | |
| Email: kaufman@kaufmanpa.com | |

[additional counsel on signature page]

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER TEXT MESSAGING | Case No. 4:18-cv-02931-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)** ; ORDER |

Plaintiff Wanda Rogers and Defendant Uber Technologies, Inc. hereby stipulate to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | Dated: November 18, 2019 | */s/ Rachel E. Kaufman* |
| 2 | | Rachel E. Kaufman |
| | | Avi R. Kaufman* |
| 3 | | Kaufman P.A. |
| | | 400 NW 26th Street |
| 4 | | Miami, Florida 33127 |
| | | Telephone: (305) 469-5881 |
| 5 | | Email: kaufman@kaufmanpa.com |
| | | Email: rachel@kaufmanpa.com |

Daniel C. Girard (State Bar No. 114826)
Angelica M. Ornelas (State Bar No. 285929)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4800
*dgirard@girardsharp.com*
*aornelas@ girardsharp.com*
*sgrille@girardsharp.com*

*Counsel for Wanda Rogers and all others similarly situated*

*Admitted *pro hac vice*

Dated: November 18, 2019        */s/ Tiffany Cheung*
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7315
Facsimile:  (415) 268-7522
tcheung@mofo.com

Adam J. Hunt, *pro hac vice*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
AdamHunt@mofo.com

*Attorneys for Defendant Uber Technologies, Inc.,*

Joint Stipulation of Dismissal
CASE NO. 4:18-cv-02931-HSG

-2-

**ORDER**

This matter is before the Court on the Parties' Stipulation and [Proposed] Order, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

**IT IS SO ORDERED.**

DATED: 11/18/2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge